IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-50317
Summary Calendar
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

v.

JOHNNY TORRES,

                              Defendant-Appellant.


_____

Appeal from the United States District Court
for the Western District of Texas
(A-93-CR-36-1)
_____

February 8, 1996
Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Johnny Torres appeals the district court's denial of his
motion for relief under 28 U.S.C. § 2255.  In his § 2255 motion,
Torres challenged the quantity of drugs used to establish his
base offense level and the validity of his waiver of his right to
appeal his sentence.  Torres also alleged that his attorney
provided ineffective assistance of counsel because he allowed
Torres to waive his appellate rights, and he failed to contest
the quantity of drugs used to calculate Torres's sentence.

---

    [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we AFFIRM the district court's denial of Torres's § 2255 motion.